## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

MICHAEL BALL                                              CIVIL ACTION

versus                                                    NO. 14-1091

ROBERT TANNER, WARDEN                                     SECTION: "A" (1)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by Michael Ball is **DISMISSED WITH PREJUDICE**.

August 27, 2014

_____
**UNITED STATES DISTRICT JUDGE**